**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 06-183** |
| **CHRIS WILLIAMS** | **SECTION "K"(3)** |

## ORDER

For the reasons assigned in open court on August 31, 2006,

**IT IS ORDERED** that the Motion to Suppress (Doc. No. 30) filed by Chris Williams is **DENIED** subject to the Court's ruling on a Motion to Quash (Doc. 38).

**IT IS FURTHER ORDERED** that a Memorandum in Opposition to the Motion to Quash shall be filed no later than **September 12, 2006.**

New Orleans, Louisiana, this   6th   day of September, 2006.

```
                              STANWOOD R. DUVAL, JR.
                         UNITED STATES DISTRICT COURT JUDGE
```